vision, First Department. May 8, 1914.) Action by Clotilde R. Keller and others, as executors and trustees, etc., against Hugo P. Keller. W. G. Phillipeau, of New York City, for appellants. W. H. Hamilton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 App. Div. 919, 139 N. Y. Supp. 87.

KELLOGG v. WILNER CONST. CO. et al. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Rawdon W. Kellogg against the Wilner Construction Company and others.

PER CURIAM. Motion denied, on condition that appellant pay $10 costs within five days after the entry of this order, and either print the exhibits in full, or procure an order of the court at Special Term dispensing with the printing of such exhibits in full, perfect his appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

KELLY, Respondent, v. FARMERS' & CITIZENS' CO–OP. MARKET, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by William W. Kelly against the Farmers' & Citizens' Co-operative Market, Incorporated. No opinion. Judgment and order of the County Court of Dutchess County affirmed, with costs.

KELLY v. KREMM et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Elizabeth A. Kelly against Rachel J. Kremm and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. For opinion of court at Special Term, see 78 Misc. Rep. 576, 138 N. Y. Supp. 626.

KETTLER, Appellant, v. McDERMOTT DAIRY CO., Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Fred Kettler against the McDermott Dairy Company. T. F. Kuper, of New York City, for appellant. W. B. Davis, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KING, Appellant, v. NEW YORK TRANSP. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by James King, as administrator, etc., against the New York Transportation Company. R. J. Donovan, of New York City, for appellant. F. H. Gerrodette, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KINNEY, Appellant, v. KINNEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by John L. Kinney against John W. Kinney and another.

PER CURIAM. Judgment affirmed, with costs. See, also, 152 App. Div. 951, 137 N. Y. Supp. 1125.

LAMBERT, J., dissents.

KINSELLA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Jennie Kinsella against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

KLEIN, Appellant, v. STORCH et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by John Klein, as trustee in bankruptcy of Samuel Gallin, against Joseph Storch and another. No opinion. Judgment affirmed, with costs.

KLEINMAN v. CITY OF NEW YORK. (No. 5842.) (Supreme Court, Appellate Division, First Department. May 22, 1914.) Appeal from Trial Term, New York County. Action by Freda Kleinman, an infant, etc., against the city of New York. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Judgment and order reversed, and complaint dismissed. Clarence L. Barber, of New York City, for appellant. Nathan H. Stone, of New York City, for respondent.

PER CURIAM. The evidence failed to show that the city of New York was guilty of any negligence in maintaining the seats in the condition in which they were, or that the condition of the seats was the proximate cause of the plaintiff's injury. It follows that the judgment and order appealed from must be reversed, with costs, and the complaint dismissed, with costs.

KLINE BROS. & CO., Appellant, v. HANOVER FIRE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Kline Bros. & Co. against the Hanover Fire Insurance Company of New York. F. M. Czaki, of New York City, for appellant. R. L. Hoguet, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. See Kline v. Hanover Fire Ins. Co., 155 App. Div. 929, 140 N. Y. Supp. 1130; Royal Ins. Co. v. Kline Bros., 198 Fed. 468, 117 C. C. A. 228. Order filed.

KNUDSON, Appellant, v. C. S. BUELL CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Peter Knudson against the C. S. Buell Company. No opinion. Judgment and order unanimously affirmed, with costs.

KOENIG, Appellant, v. GREAT ATLANTIC & PACIFIC TEA CO., Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Daniel Koenig against the Great Atlantic & Pacific Tea Company. R. L. Cherurg, of New York City, for appellant. W. H. Peck, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KORNBLUM, Respondent, v. HARRISON ST. COLD STORAGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Samuel

J. Kornblum against the Harrison Street Cold Storage Company. No opinion. Judgment and order unanimously affirmed, with costs.

KRAUS-BAUM CO., Respondent, v. HAUSMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by the Kraus-Baum Company against Moses Hausman. S. Weinstein, of Brooklyn, for appellant. L. J. Vorhaus, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1121.

KRAUS-BAUM CO., Respondent, v. HOUSMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Kraus-Baum Company against Moses Housman. S. Weinstein, of Brooklyn, for appellant. L. J. Vorhaus, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1121.

KRIEG, Appellant, v. HOINS, Respondent, et al. (Supreme Court, Appellate Division, Second Department, May 8, 1914.) Action by John Krieg against Cecelia Hoins and Charles Hoins. No opinion. Judgment unanimously affirmed, with costs.

KRUG, et al., Respondents, v. DIAMOND TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Fourth Department, May 20, 1914.) Action by Frank C. Krug and another against the Diamond Tobacco Company. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the delay of more than a year under the circumstances was unreasonable and inexcusable. ROBSON and MERRELL, JJ., dissent.

KULOSCHIK v. HOLBROOK, CABOT & ROLLINS CORPORATION. (No. 5961.) (Supreme Court, Appellate Division, First Department. June 5, 1914.) Appeal from Special Term, New York County. Action by Boris Kuloschik against the Holbrook, Cabot & Rollins Corporation. From an order granting a motion for preference, defendant appeals. Reversed, and motion denied. Benjamin Patterson, of New York City, for appellant. Sydney A. Syme, of Mt. Vernon, for respondent. PER CURIAM. There was nothing presented to the court below that justified the preference of this case over other cases on the calendar awaiting trial. The order appealed from should therefore be reversed, with $10 costs and disbursements, and the motion denied.

KUNTZ et al., Respondents, v. PETERSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department, April 17, 1914.) Action by Emilie Kuntz and another, as executors, etc., against Nils Peter Emil Peterson and Sarah M. Peterson. PER CURIAM. In place of the second paragraph of the order, it is ordered that appellant produce from time to time at the examination such competent writings as are relevant to the subject-matter, upon demand for and a description thereof, and the order, as so modified, is affirmed, without costs. See, also, 145 N. Y. Supp. 1129.

KUPFERSTEIN, Appellant, v. DALTON, Respondent. (Supreme Court, Appellate Division, First Department, April 24, 1914.) Action by Regina Kupferstein, as administratrix, etc., against John F. Dalton. W. McConihe, of New York City, for appellant. W. Cocks, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KUPIEC v. SYRACUSE CHILLED PLOW CO. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Michael Kupiec against the Syracuse Chilled Plow Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

KURNICK, Respondent, v. SHERUSKY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Nathan Kurnick against Sarah Sherusky and Lena Greenbaum. No opinion. Judgment affirmed, with costs.

KYLE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department, May 1, 1914.) Action by Ella Kyle against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 155 App. Div. 401, 139 N. Y. Supp. 1080.

LAMB, Appellant, v. STEEPLECHASE PARK CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Alice M. Lamb against the Steeplechase Park Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 147 N. Y. Supp. 1121.

LAMB, Appellant, v. STEEPLECHASE PARK CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Alice M. Lamb against the Steeplechase Park Company. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 147 N. Y. Supp. 1121.

THE LAMBS, Inc., Appellant, v. DRESSLER, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by The Lambs, Incorporated, against Marie Dressler. N. Burkan, of New York City, for appellant. A. Benedict, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LAMSON et al., Appellants, v. KING, Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Myra S. Lamson and others, as executors, etc., against Robert C. King. C. De W. Rogers, of New York City, for appellants. E. S. Clinch, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 902, 141 N. Y. Supp. 1127.

147 N.Y.S.—71